# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                        Chapter 13

                        Bankruptcy No. 17-16552-MDC

BROOKE EDITH BAILEY

75 W. HILLCREST AVENUE

HAVERTOWN, PA 19083-

    Debtor

### CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    BROOKE EDITH BAILEY

    75 W. HILLCREST AVENUE

    HAVERTOWN, PA 19083-

**Counsel for debtor(s), by electronic notice only.**
    LINDSAY N. BENNETT
    AVALLONE LAW ASSOCIATES
    215 S. BROAD ST   5TH FL
    PHILADELPHIA, PA 19107-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                        /s/ William C. Miller

Date: 11/30/2017

                        _____
                        William C. Miller, Esquire
                        Chapter 13 Standing Trustee