**UNITED STATES BANKRUPTCY COURT**

**In re:**

| **Case No.:**

| **Chapter 13**

NOTICE OF WITHDRAWAL OF NOTICE OF MORTGAGE PAYMENT CHANGE
**(CLAIM          )**

Now comes Wells Fargo Home Mortgage ("Creditor"), hereby withdraws its Notice of Mortgage Payment Change which was filed in this Court on             . The Notice of Mortgage Payment Change ("Notice") is being withdrawn as it was inadvertently filed.

Respectfully submitted,

/s/
Vice President Loan Documentation
Wells Fargo Bank, N. A.
1000 Blue Gentian Road
MAC N9286-01Y
Eagan, MN  55121
Contact Phone: 800-274-7025
Email Address: NoticeOfPaymentChangeInquiries@wellsfargo.com

# UNITED STATES BANKRUPTCY COURT

Chapter 13 No.
Judge:

In re:

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that this Notice, including all attachments, is being served on or before                via filing with the US Bankruptcy Court's CM ECF system and/or by mailing or providing a copy of this document to a vendor for mailing: By U.S. Postal Service First Class Main Postage Prepaid

Debtor:       By U.S. Postal Service First Class Mail Postage Prepaid

Debtor's Attorney:       By U.S. Postal Service First Class Mail Postage Prepaid

        By U.S. Postal Service First Class Mail Postage Prepaid

        By U.S. Postal Service First Class Mail Postage Prepaid

Trustee:       By U.S. Postal Service First Class Mail Postage Prepaid

/s/ _____

VP Loan Documentation

Wells Fargo Bank, N.A.