UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: BROOKE EDITH BAILEY dba BRAAAP SAVAGE LLC, FKA BROOKE EDITH COHEE | : : : | BK NO. 17-16552 MDC CHAPTER 13 |
| FIFTH THIRD BANK | : | |
| SECURED CREDITOR | : | |
| VS. | : | |
| BROOKE EDITH BAILEY dba BRAAAP SAVAGE LLC, FKA BROOKE EDITH COHEE | : : | |
| APPLICANT | : | |

PRACEIPE TO WITHDRAW DEBTOR'S OBJECTION TO
CREDITOR'S PROOF OF CLAIM

    Kindly withdraw the Objection to Creditor's Proof of Claim that was filed on December 6, 2017, on behalf of Debtor Brooke Edith Bailey, dba Braaap Savage LLC, fka Brooke Edith Cohee at Docket number 30.

AVALLONE LAW ASSOCIATES

January 19, 2018

/s/Lindsay N. Bennett
Lindsay N. Bennett, Esquire
Attorney for Debtor
215 S. Broad Street, Fifth Floor
Philadelphia, PA 19107-5318
(215) 735-5525
Attorney ID No. 322793
Email: lbennett@avallonelaw.com

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: BROOKE EDITH BAILEY | : | BK NO. 17-16552 MDC |
| dba BRAAAP SAVAGE LLC, | | |
| FKA BROOKE EDITH COHEE | : | CHAPTER 13 |

## CERTIFICATION OF SERVICE
### DEBTOR'S PRAECIPE TO WITHDRAW DEBTOR'S OBJECTION

I, Lindsay N. Bennett, Attorney for Debtor, hereby certify that on the date indicated below, I served by first class mail or electronic means a copy of the accompanying Debtor's Praceipe to Withdraw Objection To Proof Of Claim 3 Filed By Fifth Third Bank upon the following:

Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Brooke Edith Bailey
75 W. Hillcrest Avenue
Havertown, PA 19083

Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106

William C. Miller, Esquire
Standing Chapter 13 Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107


AVALLONE LAW ASSOCIATES

January 19, 2018

/s/Lindsay N. Bennett
Lindsay N. Bennett, Esquire
Attorney for Debtor
215 S. Broad Street, Fifth Floor
Philadelphia, PA 19107-5318
(215) 735-5525
Attorney ID No. 322793
Email: lbennett@avallonelaw.com