AVALLONE LAW ASSOCIATES
By:  Lindsay N. Bennett, Esquire                                    Attorney for Debtor
Attorney I.D. No. 322793
215 S. Broad Street, Fifth Floor
Philadelphia, PA 19107-5318
(215) 735-5525

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:      Brooke Edith Bailey           :        Chapter 13
            Debtor                        :        No. 17-16552

**WITHDRAWAL OF APPEARANCE AS COUNSEL FOR DEBTOR**

To the Prothonotary:

Kindly withdraw my appearance on behalf of the Debtor, Brooke Edith Bailey.

AVALLONE LAW ASSOCIATES

By: *[signature]*
Lindsay N. Bennett

**ENTRY OF APPEARANCE AS COUNSEL FOR DEBTOR**

To the Prothonotary:

Kindly enter my appearance on behalf of the Debtor, Brooke Edith Bailey.

AVALLONE LAW ASSOCIATES

By: *[signature]*
Lawrence J. Avallone