# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In Re:**
**BROOKE EDITH BAILEY**              :         **CHAPTER 13**

                                     :         **No. 17-16552(mdc)**

## ORDER

    **AND NOW,** this _____ day of _____, 2018, upon consideration of the Motion to Voluntarily Dismiss Chapter 13 Bankruptcy Pursuant to 11 U.S.C. § 1307 (b) ("Motion"), it is

    **ORDERED**, that the Motion is **GRANTED**; and it is

    **FURTHER ORDERED** that the Chapter 13 bankruptcy filed under No. 17-16552(mdc) is voluntarily dismissed upon request of the debtor, Brooke Edith Bailey.

                                         **BY THE COURT:**

                                               _____
                                                                         **J.**

**AVALLONE LAW ASSOCIATES**
By: Lawrence J. Avallone, Esquire
215 South Broad Street
Fifth Floor
Philadelphia, PA  19107
(215) 735-5525
<u>Identification No. 33798</u>                                                               <u>**Attorney for Debtor**</u>

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:
**BROOKE EDITH BAILEY**              :         **CHAPTER 13**

                                                  :         No. 17-16552(mdc)

### <u>MOTION TO VOLUNTARILY DISMISS CHAPTER 13</u>
### <u>BANKRUPTCY PURSUANT TO 11 U.S.C § 1307(b)</u>

The Debtor, BROOKE EDITH BAILEY (hereinafter "Debtor"), pursuant to 11 U.S.C. § 1307 (b) hereby moves to voluntarily dismiss this Chapter 13 Bankruptcy.  The debtor is entitled to voluntary dismissal of her case for the following reasons:

1.    Debtor filed her Chapter 13 Voluntary Petition for Individuals Filing for Bankruptcy on September 26, 2017.

2.    Debtor has not converted her Chapter 13 Bankruptcy to any other chapter.

3.    11 U.S.C. § 1307 (b) provides that:

> On request of the debtor at any time, if the case has not been converted under section 706, 1112, or 1208 of this title, the court shall dismiss a case under this chapter. Any waiver of the right to dismiss under this subsection is unenforceable.

4.    The Debtor is eligible for a voluntary dismissal under 11 U.S.C. § 1307 (b) of the Bankruptcy Code.

WHEREFORE, Debtor requests that this Honorable Court enter an order voluntarily dismissing this case.

AVALLONE LAW ASSOCIATES

BY: _/s/ Lawrence Avallone_

LAWRENCE J. AVALLONE, ESQUIRE
215 South Broad Street, Fifth Floor
Philadelphia, PA  19107
(215) 735-5525

AVALLONE LAW ASSOCIATES
By: Lawrence J. Avallone, Esquire
215 South Broad Street
Fifth Floor
Philadelphia, PA  19107
(215) 735-5525
<u>Identification No. 33798</u><span style="float:right"><u>Attorney for Debtor</u></span>

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:
BROOKE EDITH BAILEY        :        CHAPTER 13

                                       :        No. 17-16552(mdc)

## CERTIFICATE OF SERVICE

I, Lawrence J. Avallone, Esquire attorney for the debtor certifies that on June 13, 2018, he mailed a copy of the Debtor's Motion for Voluntary Dismissal by first class mail to the following parties:

William C. Miller, Esq.  
Chapter 13 Trustee  
P.O. Box 1229  
Philadelphia, PA 19105

Office of the United States Trustee  
U.S. Trustee  
833 Chestnut Street, Suite 500  
Philadelphia, PA 19107

AVALLONE LAW ASSOCIATES

BY: _____
LAWRENCE J. AVALLONE, ESQUIRE
215 South Broad Street, Fifth Floor
Philadelphia, PA  19107
(215) 735-552