UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:
**BROOKE EDITH BAILEY**         :        **CHAPTER 13**

                                         :        No. 17-16552(mdc)

## ORDER

**AND NOW,** this __18th__ day of __June__, 2018, upon consideration of the Motion to Voluntarily Dismiss Chapter 13 Bankruptcy Pursuant to 11 U.S.C. § 1307 (b) ("Motion"), it is

**ORDERED**, that the Motion is **GRANTED**; and it is

**FURTHER ORDERED** that the Chapter 13 bankruptcy filed under No. 17-16552(mdc) is voluntarily dismissed upon request of the debtor, Brooke Edith Bailey.

**BY THE COURT:**

_Magdeline D. Coleman_
_____
J.