United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Brooke Edith Bailey
    Debtor

Case No. 17-16552-mdc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: DonnaR    Page 1 of 2    Date Rcvd: Jun 18, 2018
                     Form ID: pdf900    Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2018.

```
db             +Brooke Edith Bailey,    75 W Hillcrest Avenue,    Havertown, PA 19083-1432
13990852        American Express,    200 Vesey St.,    New York , NY 10285-1000
14041047        American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
13990854       ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court: Citi Mastercard,    PO Box 20483,    Kansas City, MO 64195-0493)
13990853        Chase Card Services,    PO Box 15298,    Wilmington, DE 19850-5298
13990856       ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
                 GRAND RAPIDS MI 49546-6253
                 (address filed with court: Fifth Third Bank,    38 Fountain Square Plz,
                 Cincinnati, OH 45202-3102)
13999235       +Fifth Third Bank,    PO Box 9013,    Addison, Texas 75001-9013
13990857        Franklin Mint Federal Credit Union,    5 Hillman Dr. Ste 100,    Chadds Ford, Pa 19317-9752
14008880       +Rebecca A. Solarz, Esquire,    KML Law Group, P.C.,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
14018315        Wells Fargo Bank, N.A.,    Default Document Processing,    N9286-01Y,    1000 Blue Gentian Road,
                 Eagan MN 55121-7700
13990859        Wells Fargo Home Mortgage,    PO Box 10335,    Des, Moines IA 50306-0335
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: megan.harper@phila.gov Jun 19 2018 02:17:51    City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 19 2018 02:17:43
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 19 2018 02:17:49    U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13990855        E-mail/Text: mrdiscen@discover.com Jun 19 2018 02:17:37    Discover,    PO Box 30421,
                 Salt Lake City UT 84130-0421
13998825        E-mail/Text: mrdiscen@discover.com Jun 19 2018 02:17:37    Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany Ohio 43054-3025
13990858        E-mail/Text: bankruptcy@bbandt.com Jun 19 2018 02:17:40    Sheffield Financial,
                 6010 Golding Center Drive,    Winston Salem, NC 27103-9815
13996131        E-mail/Text: bankruptcy@bbandt.com Jun 19 2018 02:17:40    Sheffield Financial,    PO Box 1847,
                 Wilson, NC 27894-1847
                                                                                              TOTAL: 7
```

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2018                                            Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2018 at the address(es) listed below:

```
              JILL MANUEL-COUGHLIN    on behalf of Creditor    Wells Fargo Bank N.A. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com
              LAWRENCE J. AVALLONE    on behalf of Debtor Brooke Edith Bailey ljavallone@avallonelaw.com,
               mteran@avallonelaw.com;alareceptionist@avallonelaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Fifth Third Bank bkgroup@kmllawgroup.com
```

```
District/off: 0313-2            User: DonnaR                Page 2 of 2                 Date Rcvd: Jun 18, 2018
                                Form ID: pdf900             Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
    United States Trustee  USTPRegion03.PH.ECF@usdoj.gov
    WILLIAM C. MILLER, Esq.  on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
     philaecf@gmail.com
    WILLIAM C. MILLER, Esq.  on behalf of Debtor Brooke Edith Bailey ecfemails@ph13trustee.com,
     philaecf@gmail.com
    WILLIAM C. MILLER, Esq.  ecfemails@ph13trustee.com,    philaecf@gmail.com
                                       TOTAL: 7

Case 17-16552-mdc    Doc 44    Filed 06/20/18    Entered 06/21/18 01:02:16    Desc Imaged
Certificate of Notice    Page 2 of 3

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:
**BROOKE EDITH BAILEY**  :  **CHAPTER 13**

:  No. 17-16552(mdc)

## ORDER

AND NOW, this __18th__ day of _____June_____, 2018, upon consideration of the Motion to Voluntarily Dismiss Chapter 13 Bankruptcy Pursuant to 11 U.S.C. § 1307 (b) ("Motion"), it is

**ORDERED**, that the Motion is **GRANTED**; and it is

**FURTHER ORDERED** that the Chapter 13 bankruptcy filed under No. 17-16552(mdc) is voluntarily dismissed upon request of the debtor, Brooke Edith Bailey.

**BY THE COURT:**

_Magdeline D. Coleman_
_____
J.